1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         WESTERN DISTRICT OF WASHINGTON
                                    AT SEATTLE
8    _____
                                             )
9    GLENN DALGLIESH, *et al.*,              )        Case No. C11-2022RSL
                                             )
10                            Plaintiffs,    )
                                             )
     v.                                      )
11                                           )        ORDER GRANTING MOTION TO
     EVERHOME MORTGAGE COMPANY,              )        AMEND
12                                           )
                              Defendant.     )
13   _____)

14
15           This matter comes before the Court on plaintiffs' "Motion to Amend." Dkt. # 22.

16   Defendant has indicated that it does not object to the motion. Dkt. # 24. Plaintiffs' unopposed

17   motion is therefore GRANTED. Plaintiffs shall file and serve within ten days of the date of this

18   Order a signed amended complaint substantially in the form of the attachment to the Declaration

     of Charles Greenberg (Dkt. # 22-1).
19

20           Dated this 14th day of September, 2012.
21
22                                           *MM S Lasnik*
23                                           _____
                                             Robert S. Lasnik
                                             United States District Judge
24
25
26   ORDER GRANTING MOTION
     FOR SERVICE OF SUMMONS
     BY PUBLICATION