1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8   _____
                                        )
9   GLENN DALGLIESH, *et al.*,           )        Case No. C11-2022RSL
                                        )
10                         Plaintiffs,   )
             v.                          )
11                                       )        ORDER GRANTING MOTION TO
    EVERHOME MORTGAGE COMPANY,            )        AMEND
12                                       )
                           Defendant.    )
13  _____ )

14
15          This matter comes before the Court on plaintiffs' "Motion to Amend."  Dkt. # 22.

16  Defendant has indicated that it does not object to the motion.  Dkt. # 24.  Plaintiffs' unopposed

17  motion is therefore GRANTED.  Plaintiffs shall file and serve within ten days of the date of this

18  Order a signed amended complaint substantially in the form of the attachment to the Declaration

    of Charles Greenberg (Dkt. # 22-1).
19

20          Dated this 14th day of September, 2012.
21
22                                              *MNt S Casnik*
23                                              Robert S. Lasnik
                                                United States District Judge
24
25
26  ORDER GRANTING MOTION
    FOR SERVICE OF SUMMONS
    BY PUBLICATION